**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Delta_ **DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2022

**CASE NO.** _2:22-cv-00086-BSM-ERE_

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

I.     Parties

In items A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

B.   Name of plaintiff _Jarell D Terry_

ADC # _149998_

Address: _P.O. Box 970 Marianna AR 72360_

Name of plaintiff: _____

ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

C.   Name of defendant: _Gary Kverstein_

Position: _DTD_

Place of employment: _Wellpath_

Address: _6814 Princeton Pike rd Pine Bluff AR 71602_

Name of defendant: _Tracy Bennett_

Position: _APN_

Place of employment: _Wellpath_

Address: _6814 Princeton Pike rd Pine Bluff AR 71602_

Name of defendant: _Ruth Thomas_

Position: _Doctor_

_¿Need blank ifp application_

This case assigned to District Judge <u>Miller</u>
and to Magistrate Judge <u>Ervin</u>

Place of employment: *UAMS*

Address: *Call 501-406-9227, 501-686-5000, 501-686-8555, or 501-686-6067*

Name of Defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

[]     official capacity only

[]     personal capacity only

[✓]    both official capacity and personal

III    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___        No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Parties to the previous lawsuit:

Plaintiffs: *N/A* _____

_____

Defendants: *N/A* _____

_____

Court (if federal court, name the district; if state, name the county):

*N/A* _____

Docket Number: *N/A* _____

Name of judge to whom case was assigned: *N/A* _____

Disposition: (for example: Was the case dismissed? Was it appealed?

*N/A*

Approximate date of filing lawsuit: *N/A*

Approximate date of disposition: *N/A*

1. Place of present confinement: *East Arkansas Regional Unit*

   _____ in jail and still awaiting trial on pending criminal charges

   ___✓___ severing a sentence as a result of a judgment of conviction

   _____ In jail for other reasons (e.g., alleged probation violation, etc.)

   Explain: *N/A*

   _____

VI.   The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

   D.  Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __✓__        No ___

   E.  Did you completely exhaust the grievance(s) by appealing to all levels within

   the grievance procedure?

   Yes __✓__     No. ___

   If not, why? *N/A*

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each Defendant is involved. Include also the names of other people involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.

1. In April of 2018 I was given surgery by Dr. Ruth Thomas of UAMS in which a bullet or bone fragment should have been removed, however I was cut open and later discovered that the bullet was not removed causing past surgery pain in my ankle area

2. Due to pain in my right ankle I was prescribed Keppra (Levetiracetam) however on approximately August 2, 2021 I was seen by MD Gary Kerstein for Keppra renewal, this doctor visit was done via video. I had been greatly agitated due to unrelated unit issues and during the visit I stated "I'm tired of this shit", Dr. Kerstein then removed me from my Keppra (1000 mg) and placed some type of block or note that restricted anyone from renewing the Keppra. I was later prescribed various medications which included naprotxen, tylenol, and ibuprophen all of which were ineffective, I've currently been placed on Meloxicam once a day by APN Tracy Bennett who at once wanted to renew my Keppra but now refuses causing continued pain.

3. I've been diagnosed with osteoarthritis, osteopina, osteophites, edema, and joint space narrowing along with the fact there's something bullet or bone moving throughout my right ankle area causing great pain, numbness, uncomfortable tingling, and occasional stiffness. The pain varies from a throbbing at the arche of my foot, a sharp excruciating pain at the bone of my inner right ankle, sharp pain throughout my shin, and twitching at my outter ankle where the entrance wound is, due to the malicious removal of Keppra by Dr. Kerstein.

4. All I am given is Meloxicam for arthritis once a day and it is ineffective for the pain that I experience at the bone areas of my right ankle, foot, and shin I wrote several sick calls and grievance but denied treatment has not only caused pain and suffering but also the fear that one day my ankle will snap and I'll lose all functioning or my ankle will out doing lock/stiffen permenantly.

¹During a provider visit Dr. Kristein also refused my treatment and demanded me to "stop with this silly paperwork" in regards to grievances.

X Need ifp application

## VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal     arguments. Cite no cases or statutes.

Remove the bullet or bone fragment that was left in my right ankle

Renew my 1000 mg Levetiracetam (Keppra) immediately

$75,000 Compensatory Damages joint and severally

$15,000 Punitive Damages joint and severally

Any and all proper just relief including but not limited to prescription for Ensure to assist the restoration of my bones.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _12th_ day of _May_ ,2022.

_Jakell Jerry,_
Signature of Petitioner

IGTT420
3GH

Attachment IV

INMATE NAME:  Terry, Jarell D.          ADC #:  149998C          GRIEVANCE #:  EAM20-02283

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619)
I was seen for sick call for back pain on 8.31.20 chin (tibula) pain and rib cage pain on 9.13.20, and seen again on 9.25.20 in which I was told I have an "ankle splint", also seen for wrist pain which has to be "Coppertone". I was told I would be referred to the provider but still haven't been seen. I am being denied treatment due to youth. ankle pain radiates to chin from past bullet removal surgery (shot in ankle), rib cage pain, wrist pain, and back pain (spine).
Records show you were seen by the nurse on 9-13 and advised to follow your current plan of care. You were not referred to see the provider. Records show you are receiving naproxen for your pain. Continue to follow you plan of care or follow the sick call process to be re-evaluated. This is without merit.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Received          Greg Rechcigl          10/22/2020
                  Title                   Date

NOV 0 2 2020

Deputy Director
Health & Correctional Programs

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Failed to address delyed treatment from 8.31.20 and 9.25.20

Inmate Signature

ADC#:  149998          10/27/20
                       Date

IGTT430
3GD

Attachment VI

INMATE NAME: Terry, Jarell D.          ADC #: 149998          GRIEVANCE#:EAM20-02283

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On September 29, 2020, you grieved you have not been seen by the provider. You stated you were seen August 31, 2020, September 13, and 25, 2020 for wrist pain and an ankle splint. You stated you were referred to the provider, but have not been seen. You stated you are being denied treatment due to your youth. You stated your ankle pain radiates to your shin due to past surgery to remove a bullet, you have rib cage pain, wrist pain, and back pain.

The medical department responded, "Records show you were seen by the nurse on 9-13 and advised to follow your current plan of care. You were not referred to see the provider. Records show you are receiving naproxen for your pain. Continue to follow you plan of care or follow the sick call process to be re-evaluated. This is without merit."

Your appeal states there is a failure to address delayed treatment from August 31, 2020 to September 25, 2020.

A review of your electronic medical record indicates you were not referred to the provider on August 31, 2020 or September 13, 2020; however, you were referred on September 25, 2020 but you were not seen by the unit provider until October 19, 2020.

Due to the delay in seeing the unit provider, this appeal is with merit but resolved as you were seen October 19, 2020.

Director _____     Date __12/16/20__

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _EARU MAX_

Name _Jarell D Terry_

ADC# _149998_    Brks # _X523_  Job Assignment _Ed R.H_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # LAM21-00196 |
| | Date Received: 1-29-21 |
| | GRV. Code #: 600 |

_____ (Date) STEP ONE: Informal Resolution

_1.26.21_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I dont care for what constitutes_
_as meet what I can for my future health and the length of my life_

_1.24.21_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Substantial risk of untreated and_
_continued daily pain_

_Is this Grievance concerning Medical or Mental Health Services?_ _YES_ If yes, circle one (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Medical services are inadequate, they have_
_failed to treat my ankle injury (gunshot wound) therefore my knee problem have_
_worsened due to this failure to treat. I've been given the same treatment although_
_my injuries have worsened. Security forces me go up and down steps and I'm forced_
_to stand in the shower for over an hour on multiple occassions due to understaff_
_medical staff have failed provide me with a no stair recent no stair, no prolong_
_standing, bottom tier script, and I received issued diabetic shoes that are not_
_adequate. Bullet still in ankle/lower leg also affecting spinal cord_

_Jarell Terry_                           Deputy Director              _1.24.21_
Inmate Signature                    Health & Correctional Programs   Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _12-24-21_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Medical_ _____ Date _____

_M. Smith_           _72002_       _M. Yms_          _12-24-21_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _The Provds are listed b_
_Prescribe treatment based on Medical necessity. A slight Ingrown_
_in for treatment Plan does not conclude. Material Mentrl scored._
_Follow for Current Plan of care or follow sick call Process._
_SM 1/25/21_                    _Jarell Terry 1.26.21_
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on _1-28-21_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt Sykes_       Date: _1-29-21_
Action Taken: _____ (Forwarded) to Grievance Officer/Warden/Other) Date: _1-28-21_
If forwarded, provide name of person receiving this form: _____ Date: _1-28-21_

-------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT420

3GH

150 6

Attachment IV

INMATE NAME:  Terry, Jarell D.           ADC #:  149998C           GRIEVANCE #:  EAM21-00196

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) You submitted a grievance dated January 24, 2021 stating: Medical Services are inadequate, they have failed to treat my ankle injury (gunshot wound) therefore my knee problem have worsened due to this failure to treat. I've been given the same treatment although my injuries have worsened. Security forces me go up and down steps and Im forced to stand in the shower for over an hour on multiple occasions due to understaff medical staff have failed provide me with a recent no stair, no prolony standing, bottom tier script, and I've issued diabetic shoes that are not adequate. Bullet still in ankle/ lower leg, also affecting spinal cord.

Per eOMIS, you were seen on 1/12/2021 regarding knee and ankle pain by APN Bennett. She noted xray shows knee joint is intact, no fracture or dislocation. She also noted to continue the keppra as needed for the pain. You do not have orders for no stair script, no prolonged standing or bottom tier script.

Based on the above review, your grievance is WITHOUT MERIT.

Received

FEB 2 4 2021

Deputy Director
Health & Correctional Programs

---
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Assistant HSA

---
Title

02/08/2021

---
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? In response to your response per eOMIS x ray taken 6.28.2019 showed no change from 12.20.2017, therefore the surgery I under went at UAMS was unsuccessful and I was lied to and documentation was falsified. I was cut open for no reason and experienced post surgery medical problems. I was placed on tramadol but that prescription was never renewed and the bullet is still in my ankle. On February 4, 2021 Nurse Oliver gave me an unknown pill and again failed to give me my Keppra and prior to that other Nurses had failed to give me my Keppra numerous times so I could not continue my

plan of care. The matter of merit is not within your jurisdiction this grievance appeal should have been exonerated.

_Jakell Jerry_

**Inmate Signature**

ADC#: 149998    **2/8/2021**
                 Date

Received

FEB 2 4 2021

Deputy Director
Health & Correctional Programs

IGTT430
3GD

Attachment VI

INMATE NAME: Terry, Jarell D.          ADC #: 149998          GRIEVANCE#:EAM21-00196

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On January 24, 2021, you grieved medical has failed to treat your ankle issues from an old gunshot wound, which has made your knee issues worse. You stated you have been given the same treatment despite your worsening injuries. You stated security forces you to go up and down steps and stand in the shower for over an hour due to staff shortages because medical has failed to provide you with a no stair restriction, no prolonged standing, or bottom tier, as well as your diabetic shoes being inadequate. You stated the bullet is still in your ankle and is also affecting your spine.

The medical department responded, "Per eOMIS, you were seen on 1/12/2021 regarding knee and ankle pain by APN Bennett. She noted xray shows knee joint is intact, no fracture or dislocation. She also noted to continue the keppra as needed for the pain. You do not have orders for no stair script, no prolonged standing or bottom tier script. Based on the above review, your grievance is WITHOUT MERIT."

Your appeal states the x-ray taken June 28, 2018 showed no difference from the x-ray on December 20, 2017, meaning your surgery at UAMS was unsuccessful. You state you were lied to and documentation was falsified. You state your Tramadol prescription was never renewed and the bullet is still in your ankle. You state Nurse Oliver gave you an unknown pill on February 4, 2021 and failed to give you your Keppra. You state you have not received your Keppra on numerous occasions.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The medical department's response is upheld and this appeal is without merit.

Director _____          Date  3/31/21 _____

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Tift I, IIIa_

Name _Jarill D. Terry_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _EAM21-01700_ |
| Date Received: _8/19/21_ |
| GRV. Code #: _600_ |

ADC# _149448_       Brks # _JS0244_   Job Assignment _Ext R/H_

_8.4.21_   (Date) STEP ONE: Informal Resolution

_8.14.21_   (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
   If the issue was not resolved during Step One, state why: _Nurse bullet has interfered_
   _with medical treatment (sick call) per Dr. Gary Kristein entire right foot hurts_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yu_   _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I had surgery at UAMS in April of 2019 in which_
_Dr. Ruth Thomas was supposed to remove bullet fragments from my ankle area after_
_being shot by a sks assault rifle Dr. Thomas documented the bullet was removed_
_however post surgery x-rays show no difference between December of 2018 and_
_after surgery. I was diagnosed with osteopenia osteophytes and osteoarthritis in which_
_I was prescribed Levetiracetam 1000 mg. On August 2, 2021. Gary Kreistin removed me_
_from this medication and placed me on Tylenol I now experience arthritic pain in not_
_only my right ankle but also my knees and left wrist tylenol ineffective butter headache_

_____   SEP 20 2021 _____
Inmate Signature                              Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._
                    **THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_____   _____   _____   _____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received
Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

_____   _____
Staff Signature & Date Returned          Inmate Signature & Date Received
This form was received on _8-14-21_ (date), pursuant to **Step Two**. Is it an Emergency? _No_ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt M Lee_ _____ Date: _8-14-21_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.   _4/CTT_

ADCF-15

IGTT420
3GH
                                                                                Attachment IV

INMATE NAME: <u>Terry, Jarell D.</u>          ADC #: <u>149998C</u>        GRIEVANCE #: <u>EAM21-01700</u>

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>I had surgery at UAMS in April of 2018 in which Dr. Ruth Thomas was supposed to remove bullet fragments from my ankle area after being shot by a sks assault rifle Dr Thomas documented the bullet was removed however past surgery x-rays show no difference between December of 2018 and after surgery. I was diagnosed with asteopenia astrophytes and asteoarthritis in which I was prescribed leveliracetam 1000mg On August 2, 2021 Gary Krestion removed me from this medication and placed me on Tyenol I now experience arthric pain in not only my right ankle but also my knees and left wrist tylrnol ineffrctive-help headache</u>

<u>(641) Per eOmis, you were seen 8/2/21 by Kerstein MD and evaluated for Keppra renewal. You claimed that your Keppra was for back pain due to an incident that happened May 2021. Keppra was discontinued for no clinical indication. You were seen and evaluated again on 8/16/21 by Bennett APN for pain management. You then stated that Keppra was for your Right ankle. You were instructed that there would be no renewal or Keppra per Dr. Kerstein, and Ibuprofen was ordered. You were seen again on 8/30/21 by Smith APN fpr pain management - which you stated your Keppra was for back pain. You were instructed again that Keppra was not medically indicated, your ibuprofen was discontinued due to claims it not helping, and Tylenol was then ordered. The unit providers are licensed to prescribe/discontinue treatments based on medical necessity and clinical indication and their medical expertise. Due to the fact that you have been seen and treated by medical in both a timely and appropriate manner no further investigation is needed at this time. If you would like to be seen by medical, please follow the sick call process. This grievance is without merit.</u>

_Emma Hatchett_
_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Received

SEP 20 2021

Deputy Director
Health &
Correctional Programs

<u>Emma C Hatchett</u>              <u>09/08/2021</u>
Title                              Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I also stated to Dr. Krestein that I took Keppra for other medical reasons including my gunshot wound resulting in osteopenia, osteophytes, and osteoarthritis however due to saying I'm tired of this 'shit' Dr. Krestein cut my doctor visit short and APN Bennett retaliated therefore I was not take anything for my ankle injury which extends to my Knees and hips. During sick calls medical staff have interferred and delayed and denied I should be getting zoloft and extra strength tylenol how nurses ignore and overlook my absence as I have been moved. I have recently placed in a sick call and was placed on the provider list 9.3.21 but have not been seen

_Jarell Terry_
_____
Inmate Signature

ADC#: <u>149998</u>      <u>9.10.21</u>
                         Date

IGTT430
3GD

Attachment VI

INMATE NAME: Terry, Jarell D.          ADC #: 149998          GRIEVANCE#:EAM21-01700

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 4, 2021, you grieved Dr. Kerstein discontinued your Levetiracetam (Keppra). You stated you had surgery to remove bullet fragments from your ankle in April 2018. You stated your x-rays showed no difference after your surgery and you have been diagnosed with osteopenia, osteophytes, and osteoarthritis. You stated Dr. Kerstein discontinued your Levetiracetam 1000 MG and prescribed Tylenol on August 2, 2021, which does not help. You stated you have arthritis pain in your knees, wrist, and ankle.

The medical department responded, "Per eOmis, you were seen 8/2/21 by Kerstein MD and evaluated for Keppra renewal. You claimed that your Keppra was for back pain due to an incident that happened May 2021. Keppra was discontinued for no clinical indication. You were seen and evaluated again on 8/16/21 by Bennett APN for pain management. You then stated that Keppra was for your Right ankle. You were instructed that there would be no renewal or Keppra per Dr. Kerstein, and Ibuprofen was ordered. You were seen again on 8/30/21 by Smith APN fpr pain management - which you stated your Keppra was for back pain. You were instructed again that Keppra was not medically indicated, your ibuprofen was discontinued due to claims it not helping, and Tylenol was then ordered. The unit providers are licensed to prescribe/discontinue treatments based on medical necessity and clinical indication and their medical expertise. Due to the fact that you have been seen and treated by medical in both a timely and appropriate manner no further investigation is needed at this time. If you would like to be seen by medical, please follow the sick call process. This grievance is without merit."

Your appeal states you told Dr. Kerstein you take Keppra for your osteopenia, osteophytes, and osteoarthritis. You state Dr. Kerstein cut your encounter short and APN Bennett retaliated so you were not taking anything for your ankle injury. You stated you were placed on the provider list September 3, 2021 but have not been seen.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The medical department's response is upheld and this appeal is without merit.

_____  ___1/-1-21___
Director                          Date

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

Jarell D. Terry
P.O. Box 970
Marianna AR 72360

NEOPOST          FIRST-CLASS MAIL
05/16/2022
US POSTAGE    $001.76⁰

MEMPHIS P&DC 381                    ZIP 72320
                                   041M11284582

U.S.D.C.
600 West Capitol Ave. Suite A-149
Little Rock AR 72201-3325