IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**  PLAINTIFF
*ADC #149998*

v.  CASE NO. 2:22-CV-00086-BSM

**GARY KERSTEIN**, *et al.*  DEFENDANTS

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Edie R. Ervin's partial recommended dispositions [Doc. Nos. 19 & 22] are adopted. Jarell Terry's motion for preliminary injunction [Doc. No. 7] is denied, and his claims against Ruth Thomas are dismissed without prejudice. The clerk is directed to terminate Thomas as a defendant to this lawsuit.

IT IS SO ORDERED this 30th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE