# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
*ADC #149998*

v.  **CASE NO. 2:22-CV-00086-BSM**

**GARY KERSTEIN,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 40] is adopted. Jarell Terry is allowed to proceed on his deliberate indifference claims arising from (1) his August 2, 2021 encounter with Dr. Gary Kerstein during which he discontinued Terry's Keppra prescription, and (2) his August 16, 2021 encounter with Tracy Bennett during which she failed to renew Terry's Keppra prescription. Terry's remaining claims are dismissed without prejudice.

IT IS SO ORDERED this 10th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE