IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
*ADC #149998*

v. CASE NO. 2:22-CV-00086-BSM

**GARY KERSTEIN,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 67] is adopted. Defendants' motion for summary judgment [Doc. No. 61] is granted, and Jarell Terry's deliberate indifference claims arising from (1) his August 2, 2021 encounter with Dr. Gary Kerstein during which he discontinued Terry's Keppra prescription, and (2) his August 16, 2021 encounter with Tracy Bennett during which she failed to renew Terry's Keppra prescription are dismissed with prejudice. The clerk is instructed to close this case.

IT IS SO ORDERED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE