IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                        **PLAINTIFF**
*ADC #149998*

v.                      **CASE NO. 2:22-CV-00086-BSM**

**GARY KERSTEIN**, *et al.*                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE